84 of 1825   *Bank of Michigan v M^cCloskey*
Filed in open Court   Dec. 5. 1827

*Bank of Michigan vs*
*James M^cCloskey*      Dec^r T. Sup. Court 1827—

And now the Deft here in court gives notice to the Plaintiffs to produce all the Books, records, papers & journals of the Bank of Michigan in relation to this case and more particularly to be produced and used as evidence on the trial—

by C. STEVENS &c Atty, Deft